## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald A Cox
1507 Hinson Road
Orient, OH 43146

2. Article Number (Transfer from service label): 7009 2820 0003 5800 1964

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☑ Addressee

B. Received by (Printed Name): Donald Cox

C. Date of Delivery: 12-16-2

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

23-mc-39 ALM

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

UNITED STATES POSTAL SERVICE — COLUMBUS OH 430
15 DEC 2023

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U.S. DISTRICT COURT
JOSEPH P. KINNEARY U.S. COURTHOUSE
85 MARCONI BLVD. SUITE
COLUMBUS, OH 43215

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 DEC 20 PM 2:11
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
EAST DIV COLUMBUS