IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF:
DONALD A. COX
Ohio Atty. Reg. No. 0024788
RESPONDENT

Case No. 2:23-mc-039
Chief Judge Algenon L. Marbley

**ORDER**

**IT IS ORDERED** by this court sua sponte, that Respondent is found in contempt for failure to file an affidavit showing compliance with the Court's Order, (ECF No. 3).

**IT IS FURTHER ORDERED** that the Clerk shall cause a copy of this order to be published to this Court's Official Website. This matter is now **CLOSED**.

IT IS SO ORDERED.

_____
Algenon L. Marbley, Chief Judge
United States District Court
Southern District of Ohio